UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PRIME HEALTHCARE SERVICES – SAINT CLARE'S LLC d/b/a/ SAINT CLARE'S HEALTH,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 21-02055-MCA-AME<br><br>ORDER GRANTING<br>PRO HAC VICE ADMISSIONS OF<br>BARRY A. HARTSTEIN AND<br>ALEXANDER P. BERG |

　　　　This matter having come before the Court on the applications of Littler Mendelson, P.C. ("the Applicant"), attorneys for Defendant Prime Healthcare Services – St. Clare's, LLC d/b/a Saint Clare's Hospital – Dover  (pled as Prime Healthcare Services-Saint Clare's LLC, d/b/a Saint Clare's Health) ("Defendant"), for the pro hac vice admissions of Barry A. Hartstein Esq. and Alexander P. Berg, Esq. pursuant to L. Civ. R. 101.1; the Court having considered the submissions in support of the applications, which reflect that Barry A. Hartstein Esq. and Alexander P. Berg, Esq. satisfy the requirements set forth in Rule 101.1(c) of the Local Rules of the United States District Court for the District of New Jersey; there being no opposition to these pro hac vice admissions; and for good cause shown,

　　　　**IT IS** on this 2nd day of February 2022,

　　　　**ORDERED** that the applications for the pro hac vice admissions of Barry A. Hartstein Esq. [ECF 25] and Alexander P. Berg, Esq. [ECF 26] are **GRANTED**; and it is further

1

**ORDERED** that Barry A. Hartstein Esq., a member in good standing of the Bars of the States of Illinois and California, and Alexander P. Berg, Esq., a member in good standing of the Bars of the State of Maryland, the District of Columbia, and the Commonwealth of Virginia, be permitted to appear <u>pro hac vice</u> in the above-captioned matter pursuant to Local Civil Rule 101.1(c); and it is further

**ORDERED** that Barry A. Hartstein Esq. and Alexander P. Berg, Esq. shall comply with Local Civil Rule 101.1(c) and abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting their standing at the bar of any court; and it is further

**ORDERED** that Barry A. Hartstein Esq. and Alexander P. Berg, Esq. are deemed to consent to the appointment of the Clerk of the Court as the agent upon whom service of process may be made for all actions that may arise from their participation in this matter; and it is further

**ORDERED** that the Applicant shall (a) be attorneys of record in this case in accordance with L. Civ. R. 101.1(c); (b) be served all papers in this action and such service shall be deemed sufficient service upon Barry A. Hartstein Esq. and Alexander P. Berg, Esq.; (c) sign (or arrange for an attorney admitted to practice in the United States District Court for the District of New Jersey to sign) all pleadings, briefs, and other papers submitted to this Court; (d) appear at all proceedings unless expressly excused by the Court; and (e) be responsible for the conduct of Barry A. Hartstein Esq. and Alexander P. Berg, Esq. in this matter; and it is further

**ORDERED** that Barry A. Hartstein Esq. and Alexander P. Berg, Esq. shall make all required payments to the New Jersey Lawyers' Fund for Client Protection in accordance with Local Civil Rule 101.1(c)(2) and New Jersey Court Rule 1:28-2(a), and shall continue to make

payment, or cause payment to be made, for each calendar year in which they continue to represent Defendant before this Court; and it is further

**ORDERED** that, if they have not already done so in connection with this action, Barry A. Hartstein Esq. and Alexander P. Berg, Esq. shall pay $150.00 to the Clerk of the United States District Court for the District of New Jersey for admission pro hac vice in accordance with L. Civ. R. 101.1(c)(3); and it is further

**ORDERED** that Barry A. Hartstein Esq. and Alexander P. Berg, Esq. may file a request with the Clerk of Court, using the form made available on the District Court's website, for pro hac vice counsel to receive electronic notifications in this matter; and it is further

**ORDERED** a copy of this Order shall be served on all parties within seven (7) days of the date hereof.

                                          /s/ *André M. Espinosa*
                                          ANDRÉ M. ESPINOSA
                                          United States Magistrate Judge