IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>PRIME HEALTHCARE SERVICES – SAINT CLARE'S LLC d/b/a SAINT CLARE'S HEALTH,<br><br>Defendant. | Civil Action No.: 2:21-CV-02055-MCA-AME |

## JOINT MOTION TO APPROVE CONSENT DECREE

Plaintiff United States Equal Employment Opportunity Commission ("EEOC") and Defendant Prime Healthcare Services - Saint Clare's LLC d/b/a Saint Clare's Health ("Saint Clare's Health") have engaged in comprehensive settlement negotiations and have agreed that the above-captioned action should be resolved by entry of the proposed Consent Decree attached to this motion for the reasons stated therein. The Parties respectfully move this Court to approve and enter the attached Consent Decree.

Dated: Newark, New Jersey
       March 2, 2022

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | **SAINT CLARE'S HEALTH** |
| */s/ Edumin Corrales* | */s/ Barry A. Hartstein* |
| Edumin Corrales, Trial Attorney | Barry A. Hartstein |
| Kimberly A. Cruz, Supervisory Trial Attorney | Littler Mendelson P.C. |
| Jeffrey Burstein, Regional Attorney | 321 N. Clark Street- Suite 1100 |
| Two Gateway Center, Suite 1703 | Chicago, IL 60654 |
| 283-299 Market Street | (312) 795-3260 (Direct) |
| Newark, NJ 07102 | (312) 504-8776 (Cell) |
| (862) 371-0990 | bhartstein@littler.com |
| edumin.corrales@eeoc.gov | |
| kimberly.cruz@eeoc.gov | *Counsel for Defendant* |
| jeffrey.burstein@eeoc.gov | |